**Order entered September 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00449-CR

### LORENA MONSERRATH GANDARA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068742**

## ORDER

The Court **REINSTATES** the appeal.

On August 16, 2018, we ordered the trial court to conduct a hearing to determine whether appellant intended to proceed with the appeal and, if so, whether she was entitled to proceed without payment for the reporter's record. We **ADOPT** the trial court's finding that appellant does not intend to proceed with her appeal.

If no motion to dismiss is filed within **TEN DAYS** of the date of this order, the Court will order the appeal submitted without a reporter's record or briefs. *See* TEX. R. APP. P. 37.3(c), 38.8(4).

/s/     CRAIG STODDART
JUSTICE